USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/9/2021

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------- X
:
BALLON STOLL BADER & NADLER, P.C.,                :
:
                    Plaintiff,    :    1:21-cv-01215-GHW
:
       -against-    :    ORDER
:
LYNN BRANDS, LLC, d/b/a CHARMING    :
BLUE, KATHY WANG, TOM NGUYEN, *and*    :
JOHN DOES 1-20,    :
:
                    Defendants.    :
:
------------------------------------------------------------------------ X

GREGORY H. WOODS, District Judge:

    In the order scheduling the initial pretrial conference in this matter, the parties were directed to submit a joint letter via ECF and to email a joint proposed Case Management Plan and Scheduling Order to Chambers by no later than April 5, 2021. Dkt. No. 4. The Court has not received the parties' submissions. The parties are directed to submit their joint letter via ECF and to email their joint proposed Case Management Plan to Chambers forthwith.

    Counsel for Plaintiff is directed to serve a copy of this order on all defendants.

    SO ORDERED.

Dated: April 9, 2021
New York New York

                                                      GREGORY H. WOODS
                                              United States District Judge