USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/28/2021

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------- X
:
BALLON STOLL BADER & NADLER, P.C., :
:
                        Plaintiff, : 1:21-cv-01215-GHW
:
            -against- : ORDER
:
LYNN BRANDS, LLC, d/b/a CHARMING :
BLUE, KATHY WANG, TOM NGUYEN, *and* :
JOHN DOES 1-20, :
:
                      Defendants. :
:
------------------------------------------------------------------- X

GREGORY H. WOODS, District Judge:

    The Court has reviewed the parties' respective May 24, 2021 letters. Dkt. Nos. 17-18. In response to Plaintiff's request to adjourn the initial pretrial conference scheduled for June 1, 2021 and intention to move for default judgment, counsel for Defendants informed the Court that he would be reaching out to Plaintiff's counsel on May 25, 2021 and that the parties would submit a joint letter. The Court has not received any such letter. Counsel for Defendants is directed to provide the Court with a status update forthwith and in no event later than 4:00 p.m. on May 28, 2021.

    SO ORDERED.

Dated: May 28, 2021  
New York New York

                                       _____
                                       GREGORY H. WOODS
                                       United States District Judge