USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/3/2021

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------------X
:
BALLON STOLL BADER & NADLER, P.C., :
:
                              Plaintiff, :    1:21-cv-01215-GHW
:
                  -against- :    ORDER
:
LYNN BRANDS, LLC, d/b/a CHARMING :
BLUE, KATHY WANG, TOM NGUYEN, *and* :
JOHN DOES 1-20, :
:
                             Defendants. :
:
-------------------------------------------------------------------X

GREGORY H. WOODS, United States District Judge:

      The Court has reviewed the parties' respective letters regarding Defendants' request to seal Dkt. No. 1-2. *See* Dkt. Nos. 27-29. After Defendant alerted the Court to the confidential nature of the information during the June 1, 2021 conference, the Court directed the Clerk of Court to provisionally seal Dkt. No. 1-2, as it informed the parties it would. In their letter, Defendants have represented to the Court that the document contains sensitive information unrelated to the claims in this case, and Plaintiff consents to the request. Accordingly, Defendants' request to seal Dkt. No. 1-2 is granted.

      The Court respectfully directs the Clerk of Court to modify the viewing level for Dkt. No. 1-2 to the sealed, parties and Court-only viewing level.

      SO ORDERED.

Dated: June 3, 2021
New York, New York

                                                                         GREGORY H. WOODS
                                                             United States District Judge