```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/31/2022
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------- X
:
BALLON STOLL BADER & NADLER, P.C.,       :
:
                           Plaintiff,    :  1:21-cv-01215-GHW
:
       -against-                       :  ORDER
:
LYNN BRANDS, LLC, d/b/a CHARMING          :
BLUE, KATHY WANG, TOM NGUYEN, *and*       :
JOHN DOES 1-20,                           :
:
                       Defendants.   :
:
-------------------------------------------------------------------- X

GREGORY H. WOODS, United States District Judge:

      Defendant Lynn Brands LLC filed a motion for leave to file a first amended counterclaim on December 27, 2022. Dkt. No. 74. The deadline for Plaintiff to file and serve its opposition is due within fourteen days after the date of service of Defendant's motion; Defendant's reply, if any, is due within five days after the date of service of Plaintiff's opposition.

      SO ORDERED.

Dated: December 31, 2022

                                              _____
                                              GREGORY H. WOODS
                                            United States District Judge